## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

REBECCA RUNYAN BRYAN,      :

    Plaintiff,            :

vs.                               CA 06-0225-C

                                    :

LEXINGTON INSURANCE
COMPANY and ORANGE      :
BEACH INSURANCE AGENCY,

                                      :

    Defendant.

### <u>JUDGMENT</u>

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion to remand

(Doc. 7) be and the same hereby is **GRANTED** and that this cause be **REMANDED** to

the Circuit Court of Baldwin County, Alabama from whence it came.

    **DONE** this the 20th day of July, 2006.

                      s/WILLIAM E. CASSADY
                      **UNITED STATES MAGISTRATE JUDGE**